# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2034
_____

PANAMA CITY BEACH HOTEL,
LLC, PCBH MANAGER, INC.,
MICHEL O. PROVOSTY, and WEBB
M. SOWDEN,

     Appellants,

     v.

BURNETT HOLDINGS, LLC,
DOTCO ENERGIES, LLC, and PCJ
ENDEAVORS, LLC,

     Appellees.

_____

On appeal from the Circuit Court for Bay County.
James J. Goodman, Jr., Judge.


January 8, 2024

PER CURIAM.

     DISMISSED.

ROBERTS, ROWE, and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Tucker H. Byrd and Scottie N. McPherson of Byrd Campbell, P.A., Winter Park, for Appellants.

Clifford C. Higby of Walborsky, Bradley, & Fleming, Panama City; Dean Gramlich of O'Rourke & Moody, LLP, Chicago, IL, for Appellees.